DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for Defendant
NIBBLERS POPCORN COMPANY LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| BRIAN WHITAKER,<br><br>           Plaintiff,<br><br>      v.<br><br>NIBBLERS POPCORN COMPANY LLC, a California Limited Liability Company,<br><br>           Defendant. | Case No. 2:22-cv-00186-WBS-DB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT [SECOND REQUEST]**<br><br>**[LOCAL RULE 144]** |
|---|---|

Pursuant to Local Rule 144 of the United States District Court for the Eastern District of California, Defendant NIBBLER POPCORN COMPANY, LLC ("Defendant"), by and through its counsel, Elizabeth B. Stallard of Downey Brand LLP, and Plaintiff BRIAN WHITAKER ("Plaintiff"), by and through his counsel, Amanda Seabock of Center for Disability Access, stipulate and agree as follows:

The current deadline for Defendant to respond to the Complaint filed by Plaintiff is April 25, 2022.  The parties agree to extend the date by 14 days, to May 9, 2022.  This is the second request for extension obtained for Defendant's response to

the Complaint filed by Plaintiff.

Good cause exists for the extension because the parties are continuing to engage in good faith settlement discussions. The extension will allow the parties to focus on potential resolution of this matter, instead of on litigation.

SO STIPULATED.

DATED: April 25, 2022          CENTER FOR DISABILITY ACCESS

By: /s/ *Amanda Seabock* [as authorized on 4/25/2022]
AMANDA SEABOCK
PRATHIMA PRICE
DENNIS PRICE
Attorneys for Plaintiff
BRIAN WHITAKER

DATED: April 25, 2022          DOWNEY BRAND LLP

By: /s/ *Elizabeth B. Stallard*
ELIZABETH B. STALLARD
Attorneys for Defendant
NIBBLERS POPCORN COMPANY LLC

**ORDER**

After full consideration of the matter, and given the Stipulation of the parties, this Court finds as follows:

The deadline for Defendant Nibblers Popcorn Company LLC to respond to Plaintiff's Complaint is extended up to and including May 9, 2022.

Dated: April 26, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE