UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER ) Case No.: 2:22-cv-00186-WBS-DB
       Plaintiff, )
  v. ) **ORDER**
NIBBLERS POPCORN COMPANY LLC, a )
California Limited Liability Company )
       Defendants. )

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal no later **July 22, 2022**, or a Joint Status Report by that date if settlement has not been finalized. The Scheduling Conference currently set for June 6, 2022 is continued to **August 1, 2022 at 1:30 p.m.** pending the filing of a stipulated dismissal.

**IT IS SO ORDERED.**

Dated: May 23, 2022

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order    -1-    2:22-cv-00186-WBS-DB