CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

ELIZABETH B. STALLARD (SBN: 221445)
estallard@downeybrand.com
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
Attorneys for Defendant
Nibblers Popcorn Company LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BRIAN WHITAKER | Case No.: 2:22-cv-00186-WBS-DB |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| NIBBLERS POPCORN COMPANY LLC, a California Limited Liability Company | |
| Defendants. | |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 05, 2022          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff

Dated: August 05, 2022          Downey Brand LLP

By: /s/ Elizabeth B. Stallard _____
Elizabeth B. Stallard
Attorneys for Defendant
Nibblers Popcorn Company LLC,

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Elizabeth B. Stallard, counsel for Nibblers Popcorn Company LLC, and that I have obtained Attorney Stallard's authorization to affix their electronic signature to this document.

Dated: August 05, 2022     CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff